

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00408-CV

**IN RE** Peter **BARTON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  July 3, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On June 26, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-12-308, styled *Peter Barton v. Ana Lisa Garza*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Dick Alcala presiding.